IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUYEN TRAN,** | 2:07-cv-1287-GEB-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **T. FELKER,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's request for a thirty-day (30) enlargement of time is granted.  Therefore, the Respondent's response to Petitioner's petition for writ of habeas corpus shall be filed no later than October 15, 2007.

September 13, 2007

*[signature: Craig M. Kellison]*
_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1