IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUYEN TRAN, | No. CIV S-07-1287-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| T. FELKER, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).  This case shall, therefore, be reassigned to the magistrate judge for all further proceedings and entry of final judgment.

  Accordingly, IT IS ORDERED that:

  1. The Clerk of the Court is directed to reassign this case to the Honorable Craig M. Kellison as the presiding judge; and

/ / /

/ / /

1

2.      The caption on all documents filed in the reassigned case shall show case number CIV S-07-1287-CMK-P

Dated: March 6, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge

I am the United States Magistrate Judge currently assigned to this case.  I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other magistrate judge as may be assigned.

DATED: March 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE